UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | | |
|---|---|---|
| JOSHUA STEAD, | ) | |
| Plaintiff, | ) | |
| | ) | No. 2:19-cv-231 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| ZACHERY DROGOWSKI, *et al.*, | ) | |
| Defendants. | ) | |
| | ) | |

# JUDGMENT

The Court granted Defendants' motions to dismiss and has resolved all pending claims. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: May 29, 2020                               /s/ Paul L. Maloney
                                                 Paul L. Maloney
                                                 United States District Judge